# Third District Court of Appeal

## State of Florida

Opinion filed June 9, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-40
Lower Tribunal Nos. 14-1272SP & 19-143AP

_____

**Gables Insurance Recovery, Inc., a/a/o Maria Fonseca Lopez,**
Appellant,

vs.

**United Automobile Insurance Company,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Diana Gonzalez-Whyte, Judge.

Billbrough & Marks, P.A., and G. Bart Billbrough, for appellant.

Michael J. Neimand, for appellee.

Before EMAS, C.J., and LOGUE and SCALES, JJ.

PER CURIAM.

Affirmed.